**FILED**

12/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0496

ORIGINAL



# IN THE SUPREME COURT OF THE STATE OF MONTANA
# THE OFFICE OF THE CLERK OF SUPREME COURT
# HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0496

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

JONATHON PRESLEY,

    Defendant and Appellant.

**FILED**

DEC 17 2020

Bowen Greenwood
Clerk of Supreme Court
State ~~of~~ ~~~~

**GRANT OF EXTENSION**

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until January 15, 2021, to prepare, file, and serve the Appellant's brief.

DATED this December 17, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:    Chad M. Wright, Leo John Gallagher, Timothy Charles Fox

PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705